**FILED**
November 21, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. Mag 06-0322 DAD |
| Plaintiff, ) | |
| v.  ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| JANELLE MILLER, ) | |
| ) | |
| Defendant.  ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Janelle Miller</u>, Case No. <u>Mag 06-0322 DAD</u>, Charge <u>Title 21 USC §§ 841 (a)(1); 846</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_ Release on Personal Recognizance

X Bail Posted in the Sum of $ _50,000.00_ _Co-signed by_
_father w/ 3rd party custody._

X Unsecured Appearance Bond

\_\_ Appearance Bond with 10% Deposit

\_\_ Appearance Bond with Surety

\_\_ Corporate Surety Bail Bond

X (Other) _With pretrial Services Supervision_
_On conditions._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _November 21, 2006_ at _3:00_ pm.

By _/s/ Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal